RONALD W. BRILLIANT SBN 8515
rb@brilliantlawoffice.com
BRILLIANT LAW OFFICE
240 SE 23RD Avenue
Boynton Beach, Fl 33435
(208)914-7150 (Telephone)
(208)340-3146 (Cell Phone)

Attorney for Plaintiff
KRISTINA JAYNE LAFFERTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| OFF-SPEC SOLUTIONS, LLC, an Idaho Limited Liability Company, dba COOL MOUNTAINT TRANSPORT<br><br>Debtor | Case No: 22-00346-NGH<br><br>Chapter: 11 |
| KRISTINA JAYNE LAFFERTY,<br><br>Plaintiff, Appellant<br><br>vs.<br><br>OFF-SPEC SOLUTIONS, LLC, an Idaho Limited Liability Company, with assumed name Cool Mountain Transport<br><br>OFF-SPEC SOLUTIONS, LLC, is a Delaware Limited Liability Company,<br><br>CVF CAPITAL PARTNERS, INC., is and was a Delaware corporation doing business in California, and<br><br>KEVIN CHOATE<br><br>Defendant(s), Appellee(s) | Adv. Proc. No: 22-06020-NGH |

APPELLANT'S AMENDED DESIGNATION OF RECORD ON APPEAL        Page 1 of 7

## APPELLANT'S AMENDED DESIGNATION OF RECORD ON APPEAL

1. Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellant KRISTINA JAYNE LAFFERTY hereby designates the following items to be included in the record on appeal:

| No | FILE DATE | PAPER NO. | PLEADING |
|---|---|---|---|
| 1. | December 13, 2022 | Doc. 1 (Adv. Proc. Filed in Main Case 22-06020-NGH) and Doc 147 (Main BK Case) | **Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a),** with attachments - Adversary case 22−06020. 68 (Dischargeability − 523(a)(6), willful and malicious injury): Complaint by Kristina Jayn Lafferty against Off−Spec Solutions, LLC, Off−Spec Solutions, LLC (DE), CVF CAPITALPARTNERS, INC, Cool Mountain Transport, Kevin Choate. Fee Amount $350 (Attachments: # 1 Exhibit Plaintiff's Exhibit 1 # 2 Exhibit Plaintiff's Exhibit 2) (Brilliant, Ronald) |
| 2. | December 13, 2022 | Doc. 1-1 (Adv. Proc. Filed in Main Case 22-06020-NGH) and Doc 147-1 (Main BK Case) | **Exhibit Attached to Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)** |
| 3. | December 13, 2022 | Doc. 1-2 (Adv. Proc. Filed in Main Case 22-06020-NGH) and Doc 147-2 (Main BK Case) | **Exhibit Attached to Complaint to Determine Dischargeability of Debt Pursuant to 11 U.S.C. § 523(a)** |
| 4. | January 3, 2023 | Doc. 33 (Adv. Proc.) | **Motion to Dismiss** Case Filed by Defendants CVF CAPITAL PARTNERS, INC, Kevin Choate, Cool Mountain Transport, Off−Spec Solutions, |

| | | | LLC, Off−Spec Solutions, LLC (DE) (Attachments: # 1 Memorandum in Support) (Christensen, Matthew) |
|---|---|---|---|
| 5. | January 13, 2023 | Doc. 36 (Adv. Proc) | **Response to** (related document(s): 33 **Motion to Dismiss Case** filed by Defendant Off−Spec Solutions, LLC, Defendant Cool Mountain Transport, Defendant Off−Spec Solutions, LLC (DE), Defendant CVF CAPITAL PARTNERS, INC, Defendant Kevin Choate) Filed by Plaintiff Kristina Jayn Lafferty (Attachments: # 1 Memorandum in Support of Response) (Brilliant, Ronald) |
| 6. | January 31, 2023 | Doc 44 (Adv. Proc) | **Request for Transcript re: Appeal** including but not limited to that portion of the transcript setting forth the court's findings of fact and conclusions of law and ruling. [Transcript Ordered & to be Supplemented] |
| 7. | February 1, 2023 | Doc 45 (Adv. Proc) | **Notice of Referral of Appeal to Bankruptcy Appellant Panel** |
| 8. | February 1, 2023 | Doc. 46 (Adv. Proc) | **Initial Transmittal to Bankruptcy Appeals Panel** |
| 9. | February 2, 2023 | Doc 47 (Adv Proc) | **Notice of Docketing Record on Appeal to BAP** |
| 10. | January 18, 2023 | Doc 38 (Adv. Proc) | **Order Granting Motion to Dismiss Case**. (Related Doc #33) Signed on 1/18/2023. (hs) |
| 11. | February 14, 2023 | Doc. Not Yet Filed | **This Designation of Contents and Statement of Issues** |
| 12. | January 31, 2023 | Doc 42 (Adv. Proc) | **Notice of Appeal and Statement of Election** |
| 13. | January 31, 2023 | Doc 42-1 (Adv. Proc) | **Notice of Appeal and Statement of Election - Attachment** |

| 14. |  | Case number: 22-00346-NGH – (Main BK Case) | **Claims Register** |
|---|---|---|---|
| 15. | December 13, 2022 | Claim 34-1 (Main BK Case | **Proof of Claim - Lafferty** |
| 16. | December 13, 2022 | Claim 34-1 Part 2 (Main BK Case) | **Proof of Claim - Lafferty** |
| 17. | January 31, 2023 | Doc. 43 | **Receipt of Notice of Appeal and Statement of Election** |
| 18 | January 17, 2023 | Doc. 37 - Entry | **Hearing Held** |

Dated: February 14, 2023                Respectfully Submitted,

/s/Ronald Walter Brilliant
Brilliant Law Offices, SB# 8515
240 SE 23rd Avenue
Boynton Beach, FL 33435
T: (208)914-7150
C: (208)340-3146
rb@brilliantlawoffice.com
Attorney for Kristina Jayne Lafferty.
Appellant

# CERTIFICATE OF SERVICE

I, Ronald Brilliant, hereby certify that on this 14th day of February 2023 a copy of the foregoing. APPELLANT'S AMENDED DESIGNATION OF RECORD ON APPEAL were served by either CM/ECF or First-Class U.S. Mail postage prepaid, as designated below, upon the following:

| No. | Party | Attorney | Attorney Address |
|---|---|---|---|
| 1. | OFF-SPEC SOLUTIONS, LLC, an Idaho Limited Liability Company | Matthew T. Christensen<br><br>Jason E Rios<br><br>Paul J Pascuzzi | Matthew T. Christensen, Johnson May, PLLC<br>199 N. Capitol Blvd, Suite 200<br>Boise, ID 83702<br>208-384-8588<br>(CM/ECF or Electronic Mail)<br><br>Jason E Rios and Paul J Pascuzzi, Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814<br>916-329-7400<br>(USPS Mail) |
| 2. | OFF SPEC SOLUTIONS, LLC, a Delaware Limited Liability Company | Matthew T. Christensen<br><br>Jason E Rios<br><br>Paul J Pascuzzi | Matthew T. Christensen, Johnson May, PLLC<br>199 N. Capitol Blvd, Suite 200<br>Boise, ID 83702<br>208-384-8588<br>(CM/ECF or Electronic Mail)<br><br>Jason E Rios and Paul J Pascuzzi, Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814<br>916-329-7400<br>(USPS Mail)<br><br>Corporation Trust Center<br>The Corporation Trust Company<br>1209 N Orange Street<br>Wilmington, DE 19801-1196 (USPS Mail) |

| | | | |
|---|---|---|---|
| 3. | CVF CAPITAL PARTNERS, INC., is and was a Delaware Corporation doing business in California | In Pro Per | Jose Carlos Blanco<br>CEO CVF CA<br>1590 Drew Avenue, Suite 110 Davis, CA 95618-7849<br>(USPS Mail) |
| 4. | KEVIN CHOATE, an individual | Tara Martens Miller | Tara Martens Miller of Counsel Holland & Hart LLP<br>800 W. Main Street, Suite 1750, Boise, ID 83702<br>(208) 383-3932<br>(208) 420-2817<br>tmmiller@hollandhart.com<br>(CM/ECF or Electronic Mail)<br><br>Kevin Choate<br>2009 Fairoaks Drive<br>Caldwell, D 83605<br>(USPS Mail) |
| 5. | COOL MOUNTAIN TRANSPORT | Matthew T. Christensen<br><br>Jason E Rios<br><br>Paul J Pascuzzi | Matthew T. Christensen, Johnson May, PLLC<br>199 N. Capitol Blvd, Suite 200<br>Boise, ID 83702<br>208-384-8588<br>(CM/ECF or Electronic Mail)<br><br>Jason E Rios and Paul J Pascuzzi, Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP<br>500 Capitol Mall, Ste 2250<br>Sacramento, CA 95814<br>916-329-7400<br>(USPS Mail) |
| 6. | CVF CAPITAL PARTNERS, INC., is and was a Delaware Corporation | In Pro Per | Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808-1674 |
| 7. | Bankruptcy Trustee | Matthew W Grimshaw | Grimshaw Law Group, P.C.<br>800 W. Main Street, Ste. 1460<br>matt@grimshawlawgroup.com<br>(208) 391-7860<br>(CM/ECF or Electronic Mail) |